UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSH LIMAS | § | |
| | § | CIVIL ACTION NO. 5:20-cv-00169 |
| **Plaintiff** | § | |
| | § | |
| VS. | § | |
| | § | |
| BBVA USA | § | |
| | § | |
| **Defendant** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, JOSH LIMAS Plaintiff and BBVA USA, Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:     January 8, 2021          FOR JOSH LIMAS, Plaintiff

BY:     */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800

                                                                                              Federal Bar ID 13098

DATED:     January 8, 2021          BBVA USA Defendant

                                                                                              BY:  ***/S/   Monica Summers***
                                                                                             Monica Summers
                                                                                             AKERMAN LLP
                                                                                             112 East Pecan Street, Suite 2750
                                                                                             San Antonio, Texas 78205
                                                                                             Texas State Bar ID No. 24083594
                                                                                             Federal Bar ID 1760115
                                                                                             (210) 582-0218